# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Annie Burton

                    Plaintiff,

v.                                     Case No.: 1:17−cv−01337

                                                      Honorable Amy J. St. Eve

Chicago Public Schools, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 25, 2018:

      MINUTE entry before the Honorable Amy J. St. Eve: The Court, in its discretion, denies pro se Plaintiff's motion for attorney representation because (1) her case is not complex, but a straight−forward employment discrimination case, (2) the Court has given pro se Plaintiff guidance in its July 28, 2017 order granting without prejudice Defendants' partial motion to dismiss, and (3) pro se Plaintiff's former court appointed attorney counseled her on her claims. See Romanelli v. Suliene, 615 F.3d 847, 852 (7th Cir. 2010). [47]. Pro se Plaintiff's response to Defendants' motion to dismiss is due on or before 2/5/18.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.